```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DANIEL MILLER; and all others who are
similarly situated,

                    Plaintiff(s),
                                              ORDER ADOPTING REPORT &
          -against-                           RECOMMENDATION
                                              07-CV-1719(JS)(WDW)
WILLIAM ZERILLO, WARDEN QUEENS
PRIVATE DETENTION FACILITY;
GEO GROUP, INC., AS OWNER AND OPERATOR
OF THE QUEENS PRIVATE DETENTION
FACILITY; JOHN DOE #1, PRESIDENT, GEO
GROUP, INC.; JOHN DOE #2, EASTERN
REGIONAL DIRECTOR OF OPERATIONS, GEO
GROUP, INC.; and GARY MEAN, DIRECTOR
CONTRACT FACILITIES, UNITED STATES
MARSHAL'S SERVICE,

                    Defendants.
----------------------------------------X
APPEARANCES:

For Plaintiff:      Daniel Miller, Pro Se
                    207 West Broadway
                    Inwood, New York 11096

For Defendants:     John Joseph McCarthy, III, Esq.
                    McCarthy Law Firm, PLLC
                    1120 Avenue of the Americas
                    Suite 4006
                    New York, New York 10036
```

SEYBERT, District Judge:

Upon review of the Report and Recommendation ("Report") of Magistrate Judge William D. Wall, issued November 2, 2007, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

Pursuant to Rule 72 of the Federal Rule of Civil Procedure any objections to the Report were to be filed with the

Clerk of the Court within ten days of service of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety and DENIES without prejudice Plaintiff's motion to certify a class, and DENIES Plaintiff's motion for a preliminary injunction.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
February 6, 2008